No. 331, Misc. HINES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 333, Misc. MOORE *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied. *Michael F. Dillon* for respondent.

No. 339, Misc. WILLARD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 340, Misc. ANDERSON *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. *Emmett Colvin, Jr.,* for petitioner.

No. 341, Misc. BOSTON *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 342, Misc. BOAG *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 344, Misc. GUERRERO *v.* NELSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 345, Misc. WILLOUGHBY *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 348, Misc. SHELBY *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 350, Misc. BALL *v.* RUSSELL, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.